Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV 6875**

JIMLAR CORPORATION d/b/a THE FRYE COMPANY

Plaintiff,

-v-

PLEASER USA, INC.

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JIMLAR CORPORATION d/b/a THE FRYE COMPANY   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Jimlar Corporation's immediate parent, LF USA Inc., is not a publicly traded company.

LF USA Inc's parent company, Li & Fung Ltd., is a Hong Kong public company whose shares are traded on the Hong Kong exchange.

**Date:** September 13, 2010

Signature of Attorney

**Attorney Bar Code:** RE 8941

Form Rule7_1.pdf   SDNY Web 10/2007